

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,412-01

### IN RE KENNETH WAYNE PHILLIPS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 923443, 923444, 924337, AND 924338
### IN THE 177TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed four applications for writs of habeas corpus in the 177th District Court of Harris County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court. Relator contends that the district court entered orders designating issues in at least one of the cases on October 29, 2012, and in at least two of the cases on April 17, 2013.

Respondent, the Judge of the 177th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus applications. In the

alternative, Respondent may resolve the issues set out in the orders designating issues and then have the District Clerk submit the record on such applications. In either case, Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted the appropriate response.

Filed: November 26, 2014
Do not publish